attachment proceedings. The appellant can assert any claim it may have to the personalty repossessed by appellee, through its counterclaim filed in the trial court in this case. The sole issue on this appeal, involving the interlocutory injunction granted by the trial court, has become moot and the appeal must be dismissed. See *Shaffer v. City of Atlanta,* 225 Ga. 184 (167 SE2d 151); and *Gross v. Dempsey,* 225 Ga. 810 (171 SE2d 500).

*Appeal dismissed. All the Justices concur, except Nichols, J., disqualified.*

ARGUED NOVEMBER 15, 1973 — DECIDED NOVEMBER 29, 1973 — REHEARING DENIED DECEMBER 17, 1973.

*R. John Genins,* for appellant.
*Alston, Miller & Gaines, J. Michael Kelly,* for appellee.

## 28009. DARLING v. AULT.

The trial court did not err in remanding the appellant to custody.
*Judgment affirmed. All the Justices concur.*

DECIDED SEPTEMBER 5, 1973.

James Darling, *pro se.*
*Arthur K. Bolton, Attorney General,* for appellee.

## 27926. BARKLEY v. CALDWELL.

The trial court did not err in remanding the appellant to custody.
*Judgment affirmed. All the Justices concur.*

DECIDED SEPTEMBER 6, 1973.

Robert Lee Barkley, *pro se.*
*Arthur K. Bolton, Attorney General,* for appellee.

## 27976. MUSE v. CALDWELL.

The trial court did not err in remanding the appellant to custody.